387 A.2d 877

**James H. PYE, Jr., Appellant,**

v.

**COMMONWEALTH of Pennsylvania, INSURANCE DEPARTMENT, William J. Sheppard, Insurance Commissioner.**

Supreme Court of Pennsylvania.

Argued May 22, 1978.

Decided June 23, 1978.

Arthur A. Kusic, Harrisburg, for appellant.

Guy J. DePasquale, Harrisburg, Robert P. Kane, Atty. Gen., Donald J. Murphy, Deputy Atty. Gen., Joseph Kenneth Hegedus, John H. Isom, Asst. Attys. Gen., for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, POMEROY, NIX, MANDERINO and LARSEN, JJ.

## OPINION

PER CURIAM:

Order, 129 Pa.Cmwlth. 545, 372 A.2d 33, affirmed.